**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NEUROCRINE BIOSCIENCES, INC.<br><br>Plaintiff,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS WORLDWIDE DMCC, ZYDUS HEALTHCARE (USA) LLC and CADILA HEALTHCARE LIMITED<br><br>Defendants. | C.A. No. 1:21-cv-01118-MN |

**DEFENDANT ZYDUS WORLDWIDE DMCC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Zydus Worldwide DMCC hereby discloses that the parent corporation for Zydus Worldwide DMCC is Cadila Healthcare Limited, a publicly held corporation. No publicly held corporation owns 10% or more of Cadila Healthcare Limited.

Dated: February 8, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ John C. Phillips, Jr.*
　　　　　　　　　　　　　　　　　　John C. Phillips, Jr. (No. 110)
　　　　　　　　　　　　　　　　　　David A. Bilson (No. 4986)
　　　　　　　　　　　　　　　　　　PHILLIPS MCLAUGHLIN & HALL, P.A.
　　　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　(302) 655-4200
　　　　　　　　　　　　　　　　　　jcp@pmhdelaw.com
　　　　　　　　　　　　　　　　　　dab@pmhdelaw.com

　　　　　　　　　　　　　　　　　　*Of Counsel*
　　　　　　　　　　　　　　　　　　Michael J. Gaertner (to be admitted *pro hac*)
　　　　　　　　　　　　　　　　　　James T. Peterka (to be admitted *pro hac*)
　　　　　　　　　　　　　　　　　　Timothy F. Peterson (to be admitted *pro hac*)
　　　　　　　　　　　　　　　　　　Jennifer M. Coronel (to be admitted *pro hac*)
　　　　　　　　　　　　　　　　　　Leah Brackensick (to be admitted *pro hac*)
　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　111 South Wacker Drive
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　(312) 443-0700
　　　　　　　　　　　　　　　　　　mgaertner@lockelord.com
　　　　　　　　　　　　　　　　　　jpeterka@lockelord.com
　　　　　　　　　　　　　　　　　　tpeterson@lockelord.com
　　　　　　　　　　　　　　　　　　jennifer.coronel@lockelord.com
　　　　　　　　　　　　　　　　　　leah.brackensick@lockelord.com

　　　　　　　　　　　　　　　　　　*Attorneys for Zydus Pharmaceuticals (USA) Inc.,*
　　　　　　　　　　　　　　　　　　*Cadila Healthcare Ltd., and Zydus Worldwide*
　　　　　　　　　　　　　　　　　　*DMCC*