**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NEUROCRINE BIOSCIENCES, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) C.A. No. 21-cv-01042-MN (consolidated) |
| v. | ) <br> ) C.A. No. 21-cv-01118-MN |
| LUPIN LIMITED, and LUPIN PHARMACEUTICALS, INC., et al., | ) C.A. No. 21-cv-01553-MN <br> ) C.A. No. 22-cv-00439-MN <br> ) C.A. No. 22-cv-01291-MN |
| Defendants. | ) C.A. No. 23-cv-00266-MN <br> ) <br> ) |

**STIPULATED DISMISSAL**

(Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC and Zydus Lifesciences Limited (f/k/a Cadila Healthcare Limited))

Under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), by agreement between Plaintiff Neurocrine Biosciences, Inc. and Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC and Zydus Lifesciences Limited (f/k/a Cadila Healthcare Limited) (collectively, the "Parties"), the Parties hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned actions (the "Actions") are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes relating to the Parties' resolution of the Actions.

ASHBY & GEDDES

/s/ Andrew C. Mayo
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiff Neurocrine Biosciences, Inc.*

PHILLIPS MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Zydus Lifesciences Limited*

**SO ORDERED** this 13th day of November 2023

_____
The Honorable Maryellen Noreika
United States District Judge